TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER R. MARES,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:20-cv-02081-AGR<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

      The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

---

[1]  Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

2 captioned action is remanded to the Commissioner of Social Security for further

3 proceedings consistent with the Stipulation of Remand.

4

5 DATED:  January 26, 2022

                                      *Alicia G. Rosenberg*

6                                   THE HONORABLE ALICIA G. ROSENBERG

                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28